IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **09-cv-2060-JLK-BNB**

**DENNIS MILLER,**

    Plaintiff,

v.

**ALLIED INTERSTATE, INC., a Minnesota corporation,**

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

**Kane, J.**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

Dated:  November 19, 2009

                                        BY THE COURT:

                                        *s/John L. Kane*
                                        JOHN L. KANE, SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT